Decided September 18, 1996

## STATE OF CONNECTICUT *v.* LEROY GETTES

*Suzanne Zitser,* assistant public defender, in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided September 18, 1996

## LYNNE DRAHAN *v.* BOARD OF EDUCATION OF REGIONAL SCHOOL DISTRICT NUMBER 18 ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 42 Conn. App. 480 (AC 14972), is denied.

*John M. Gesmonde,* in support of the petition.

*Dana Shaw MacKinnon,* in opposition.

Decided September 18, 1996

## STATE OF CONNECTICUT *v.* DANVOIR TEEL

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 500 (AC 14868), is denied.